UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEWRIVER, INC.,<br>　　　　Plaintiff,<br><br>v.<br><br>MORNINGSTAR, INC.,<br>　　　　Defendant. | C.A. No. 09-10166 (JLT) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, Plaintiff NewRiver, Inc. and Defendant Morningstar, Inc., by their counsel, hereby stipulate that this action shall be and hereby is dismissed with prejudice. Each party agrees to bear its own costs and attorneys' fees and waives all rights of appeal.

Respectfully submitted,

NEWRIVER, INC.

By its attorneys,

/s/ Daniel W. Halston
Daniel W. Halston (BBO #548692)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000 (ph)
(617) 526-5000 (fax)
daniel.halston@wilmerhale.com

MORNINGSTAR, INC.

By its attorneys,

/s/ Brenda R. Sharton
Brenda R. Sharton (BBO #556909)
Neil T. Smith (BBO #651157)
GOODWIN PROCTER LLP
Exchange Place

53 State Street
Boston, MA 02109
(617) 570-1000 (ph)
(617) 523-1231 (fax)
bsharton@goodwinprocter.com
nsmith@goodwinprocter.com

Paul E. Veith (admitted *pro hac vice*)
Steven E. Sexton (admitted *pro hac vice*)
Rachel Sher (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Dated: September 28, 2009